UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

    Plaintiff,

vs.

HENRY VERA,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Plaintiff, Mairalys Fernandez Reyes, pursuant to Local Rule 3.8, notifies the Court of the following Related Action presently pending in the District Court for the Southern District of Florida:

*Carlos Manuel Vasquez Lopez vs. Henry Vera*
S.D. Fla. Case No. 1:25-CV-21679-RUIZ/LOUIS
Claim by a former employee (hourly dishwasher) of the Defendant's restaurant for alleged unpaid minimum wages, liquidated damages, costs, and attorney's fees under the FLSA, and for breach of contract or unjust enrichment plus costs and attorney's fees under the common law of Florida.

Respectfully submitted this 14th day of April 2025,

    Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*