UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.
_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

Patrick Brooks LaRou, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Mairalys Fernandez Reyes, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 14th day of April 2025.

                                                s/Patrick Brooks LaRou, Esq.
                                                Patrick Brooks LaRou, Esq.
                                                Fla. Bar No. 1039018
                                                brooks@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel: 305.230.4884
                                                *Counsel for Plaintiff*