UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

    Plaintiff,
v.

HENRY VERA,

    Defendant.
_____/

## NOTICE OF DISSOCIATION OF PATRICK BROOKS LAROU, ESQ. AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq., notifies the Court and all parties that he is no longer affiliated with FairLaw Firm, no longer of record for Plaintiff, Mairalys Fernandez Reyes, and no longer has an interest in the outcome of this action.

Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

Dated this 19th day of May 2025.

                                          s/ Patrick Brooks LaRou, Esq.
                                          Patrick Brooks LaRou, Esq.
                                          Fla. Bar No. 1039018
                                          brooks@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:    305.230.4884
                                          *Counsel for Plaintiff*