UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

    Plaintiff,

vs.

HENRY VERA,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Mairalys Fernandez Reyes, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address / email address.

    Dated this 10th day of June 2025.

                                          s/ Katelyn Schickman, Esq.
                                          Katelyn Schickman, Esq. (1064879)
                                          katie@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:  305.230.4884
                                          *Counsel for Plaintiff*