UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS ON DEFENDANT

Plaintiff, Mairalys Fernandez Reyes, moves this Honorable Court for an extension of time to effect service of process on defendant. Plaintiff is presently unable to properly serve defendant due to defendant not having a registered agent in Florida. Plaintiff is obtaining substitute service on the secretary of state and requests this Honorable Court for an additional 90 days to effect service on defendant.

Dated this 14th day of July, 2025.

                                              Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq. (174742)
                                            brian@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:    305.230.4884
                                            *Counsel for Plaintiff*