UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.
_____/

## **NOTICE OF FILING RETURN OF NON-SERVICE**

    Plaintiff, Mairalys Fernandez Reyes, undersigned counsel, notifies the Court and all parties of the filing of the Return of Non-Service concerning the attempts to serve the Complaint [ECF No. 1] and Summons issued on April 14, 2025 [ECF No. 3] on Defendant, Henry Vera, and the attempts made to personally serve him with process.

    Dated this 10th day of October 2025.

                                                          s/Brian H. Pollock, Esq.
                                                          Brian H. Pollock, Esq.
                                                          Fla. Bar No. 174742
                                                          brian@fairlawattorney.com
                                                          FAIRLAW FIRM
                                                          135 San Lorenzo Avenue
                                                          Suite 770
                                                          Coral Gables, FL 33146
                                                          Tel:    305.230.4884
                                                          *Counsel for Plaintiff*

1