# RETURN OF NON-SERVICE
### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:25-CV-21678-DPG

Plaintiff: **MAIRALYS FERNANDEZ REYES**
vs.
Defendant: **HENRY VERA**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 15th day of April, 2025 at 10:47 am to be served on **Henry Vera, 15874 SW 14 Ct., Hollywood, FL 33027**.

I, Ernesto Avila, do hereby affirm that on the **18th day of July, 2025** at **11:57 am, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION and COMPLAINT** for the reason that I failed to find **Henry Vera** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
4/17/2025  12:36 pm  Attempted service at 15874 SW 14 Ct., Hollywood, FL 33027. No answer. I left a contact card on the door.
4/19/2025  10:00 am  Attempted Service: 15874 SW 14 Ct., Hollywood, FL 33027. No answer. I left a card. The same cars are on the driveway in different places.
4/23/2025  8:30 pm  Attempted Service: 15874 SW 14 Court, Hollywood, FL 33027 Lights are on but there is no answer. I left a contact card.
4/26/2025  9:00 am  Attempted Service: 15874 SW 14 Court, Hollywood, FL 33027. My contact card is gone. There is no answer when I knock or on the Ring Doorbell. I left another contact card, Both vehicles are on the driveway.
5/15/2025  9:30 am  Attempted Service: 1210 Washington Ave., Suite # 200, Miami Beach, FL 33139. The office is under construction. I left a contact card and not requesting a call back. After I left, it seems a worked gave my note to Mr. Vera and he called from 305-303-9090. I identified myself, I stated that I have to serve him with the process, and asked to arrange a time and place to meet. He said he would call me back within one hour with an address to meet him. I waited in the area for one hour, but he never called me. I called him but he did not answer the phone. Wait time 1 hour.
5/19/2025  11:00 am  Called, left voice mail.
5/22/2025  8:00 am  Called, left voice mail.
5/24/2025  9:00 am  Called, left voice mail.
5/26/2025  8:00 am  Called, left voice mail.
5/27/2025  8:30 am  Called, left voice mail.
5/28/2025  12:00 pm  Called, left voice mail.
6/7/2025  11:00 am  Attempted Service: 15874 SW 14 Court, Hollywood, FL 33027. No answer. I left a contact card on the door. An Escalade and CanAm are in the driveway. I called on the Ring doorbell but there was no reply.
6/28/2025  12:20 pm  Attempted Service: 15874 SW 14 Ct., Hollywood, FL 33027, No answer, left card
7/3/2025  5:35 pm  Attempted Service: 15874 SW 14 Ct., Hollywood, FL 33027. No answer. I left a contact card. A car is in the driveway.
7/4/2025  12:00 pm  Attempted Service: 15874 SW 14 Ct., Hollywood, FL 33027. No answer. I called - no answer. Left voice mail.
7/7/2025  7:00 pm  Attempted Service: 15874 SW 14 Ct., Hollywood, FL 33027. No answer. I left another contact card.
7/17/2025  3:00 pm  Attempted service at 15874 SW 14 Ct., Hollywood, FL 33027. No answer. No answer when I called. I left a voicemail.
7/18/2025  11:57 am  Final Call - my call we to voicemail.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2025000635