UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.
_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

    Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Mairalys Fernandez Reyes, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address/email address.

    Dated this 13th day of October 2025.

                                                 s/Katelyn Schickman, Esq.
                                               Katelyn Schickman, Esq. (1064879)
                                               katie@fairlawattorney.com
                                               FAIRLAW FIRM
                                               135 San Lorenzo Avenue
                                               Suite 770
                                               Coral Gables, FL 33146
                                               Tel:  305.230.4884
                                               *Counsel for Plaintiff*