UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

    Plaintiff,

vs.

HENRY VERA,

    Defendants.
_____/

## DECLARATION OF COMPLIANCE WITH FLA. STAT. 48.161 FOR SUBSTITUTED SERVICE ON DEFENDANT

I, Katelyn Schickman, declare the following to be true and correct:

1. I am an attorney licensed to practice law in Florida, *sui juris*, and make this declaration based on my personal knowledge.

2. Mairalys Fernandez Reyes retained the undersigned law firm to represent her in this matter regarding the money owed to her by the Defendant, Henry Vera.

3. Plaintiff filed her Complaint in this case on April 11, 2025, to recover money that she earned while working as an assistant manager for Defendant's restaurant. [ECF No. 1.]

4. My office provided a copy of the Summons and Complaint to the process server.

5. The process server made eleven (11) attempts to obtain service of process on the Defendant between April 2025 and July 18, 2025, but to no avail. [ECF Nos. 20, 20-1].

6. Defendant, Henry Vera, failed to have anyone available at any address known for him on the multiple days on which service of process was attempted. *Id.*

1

7. Defendant is not represented by counsel in this matter or in the other matter the firm is pursuing against him in this District, i.e., *Carlos Manuel Vasquez Lopez vs. Henry Vera*, S.D. Fla. Case NO.: 1:25-CV-21679-GAYLES/AUGUSTIN-BIRCH.

8. Plaintiff thereafter filed a Motion for Extension of Time to Effect Service of Process on Defendant, which was granted by the Court, followed by a Notice of Filing Proposed Summons for Henry Vera. [ECF Nos. 16, 17, 18.]

9. The Secretary of State accepted substitute service of process for Defendant on July 22, 2025. (Exhibit "1").

10. Plaintiff sent the entire packet (Alias Summons, Complaint, and Acknowledgment of Service) via certified mail to Defendant on July 22, 2025. (Exhibit "2").

11. The certified mail was not accepted by the Defendant and was returned to the office of the undersigned as "unable to forward" on August 28, 2025. (Exhibit "3").

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of October 2025.

<u>Katelyn Schickman, Esq.</u>
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*