

# FLORIDA DEPARTMENT OF STATE
Division of Corporations

July 22, 2025

Brian Pollock

Pursuant to Chapter 48.161 Florida Statutes, substitute service of process was accepted for Henry Vera in case number 1:25-CV-21678-GAYLES/GOODMAN and was filed on July 22, 2025 at 2:09 PM.

    Plaintiff(s)
    Mairalys Fernandez Reyes
    v.
    Defendant(s)
    Henry Vera

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Tanner J. Turnmire
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 250722040SOP.01