Brian H. Pollock, Esq.
FairLaw Firm
Suite 770
135 San Lorenzo Avenue
Coral Gables FL 33146

Return Receipt Requested

$11.02
US POSTAGE
FIRST-CLASS
FROM 33146
JUL 23 2025
stamps
endicia

HENRY VERA
15874 SW 14TH
PEMBROKE PNE

NIXIE        331    DE 1040        0008/28/25
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 33146187895    *1606-04815-24-46