UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.

_____/

## NON-MILITARY AFFIDAVIT

BEFORE ME, the undersigned authority to take oaths in the state and county aforesaid, personally appeared Katelyn Schickman, who, after being duly sworn, deposes and says:

1. That I am the attorney for the Plaintiff herein.
2. That Defendant, Henry Vera, is neither a corporation nor in the active service of the military of the United States or any of its allies.

FURTHER AFIANT SAYETH NAUGHT.

Katelyn Schickman, Esq. (1064879)
FairLaw Firm
135 San Lorenzo Ave, Ste. 770
Coral Gables, FL 33146
Tel.: (305) 230-4884

Before me, the undersigned authority, personally appeared, Katelyn Schickman, Esq. who is personally known to me and who after being duly sworn deposes and says that she has read the foregoing and that the facts and matters set forth herein are true and correct to the best of her knowledge.

SWORN TO AND SUBSCRIBED this 13th day of October, 2025.



Notary Public, State of Florida
My Commission Expires:

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com