UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.
_____/

**CLERK'S DEFAULT**

It appearing that Defendant herein, Henry Vera, is in default for failure to appear, answer, or otherwise plead to the Complaint filed herein within the time required by law, a Default is hereby entered against Defendant, Henry Vera, as of course, on this date _____.

**ANGELA E. NOBLE**
CLERK OF COURT

By:_____
    Deputy Clerk

`