**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MAIRALYS FERNANDEZ REYES

   PLAINTIFF(S)

    v.

HENRY VERA,

   DEFENDANT(S).

CASE NUMBER
 1:25–cv–21678–DPG

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# <u>Clerk's Default</u>

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Henry Vera**

as of course, on the date October 22, 2025.

**Angela E. Noble**
CLERK OF COURT

By  _/s/ Jeffrey Adams_
Deputy Clerk

cc:  Judge Darrin P. Gayles
  Mairalys Fernandez Reyes

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)