UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

    Plaintiff,

vs.

HENRY VERA,

    Defendants.
_____/

### DECLARATION OF INDEBTEDNESS PURSUANT TO 28 U.S.C. §1746

Plaintiff, Mairalys Fernandez Reyes, having been duly sworn, deposes and says as follows pursuant to 28 U.S.C. §1764:

1. I was an employee of Defendant, Henry Vera, at his restaurant, Vera Restaurant Inc. d/b/a 5 Esquinas, and initiated this lawsuit to recover for the wages, minimum wages, overtime wages, and tips I earned but was not paid.

2. Defendant employed me at his restaurant from March 25, 2024, to December 27, 2024.

3. I earned and so am owed the total amount of **$17,659.83** in straight time wages, minimum wages, overtime wages, and tips, comprised of the following:

    a. I am owed **$6,740.40** in unpaid straight time wages, calculated below:

| Period Start | Period End | Hourly Rate | Hours Worked | Wages Owed |
|---|---|---|---|---|
| 11/18/24 | 12/1/24 | $20.00 | 121.84 | $2,436.80 |
| 12/2/24 | 12/15/24 | $20.00 | 118.56 | $2,371.20 |
| 12/16/24 | 12/29/24 | $20.00 | 96.12 | $1,922.40 |

b. Included in the straight time wages I am owed is **$2,439.77** in unpaid minimum wages under the FLSA, calculated as follows:

| Period Start | Period End | FLSA Min. Wage Rate | Hours Worked | Wages Owed |
|---|---|---|---|---|
| 11/18/24 | 12/1/24 | $7.25 | 121.84 | $883.34 |
| 12/2/24 | 12/15/24 | | 118.56 | $859.56 |
| 12/16/24 | 12/29/24 | | 96.12 | $696.87 |

c. I am owed **$4,198.30** in unpaid overtime wages, calculated below:

| Period Start | Period End | Hourly Rate | Overtime Rate | Overtime Worked | Wages Owed |
|---|---|---|---|---|---|
| 3/25/24 | 4/7/24 | $20.00 | $10.00 | 12.07 | $120.70 |
| 4/8/24 | 4/21/24 | $20.00 | $10.00 | 12.08 | $120.80 |
| 4/22/24 | 5/5/24 | $20.00 | $10.00 | 15.19 | $151.90 |
| 5/6/24 | 5/19/24 | $20.00 | $10.00 | 0 | $0 |
| 5/20/24 | 6/2/24 | $20.00 | $10.00 | 11.01 | $110.10 |
| 6/3/24 | 6/16/24 | $20.00 | $10.00 | 1.03 | $10.30 |
| 6/17/24 | 6/30/24 | $20.00 | $10.00 | 10.97 | $109.70 |
| 7/1/24 | 7/14/24 | $18.00 | $9.00 | 17.28 | $155.52 |
| 7/15/24 | 7/28/24 | $18.00 | $9.00 | 31.19 | $280.71 |
| 7/29/24 | 8/11/24 | $18.00 | $9.00 | 30.53 | $274.77 |
| 8/12/24 | 8/25/24 | $20.00 | $10.00 | 37.62 | $376.20 |
| 8/26/24 | 9/8/24 | $20.00 | $10.00 | 37.78 | $377.80 |
| 9/9/24 | 9/22/24 | $20.00 | $10.00 | 33.06 | $330.60 |
| 9/23/24 | 10/6/24 | $20.00 | $10.00 | 1.88 | $188.00 |
| 10/7/24 | 10/20/24 | $20.00 | $10.00 | 0 | $0 |
| 10/21/24 | 11/3/24 | $20.00 | $10.00 | 34.63 | $346.30 |
| 11/4/24 | 11/17/24 | $20.00 | $10.00 | 23.50 | $235.00 |
| 11/18/24 | 12/1/25 | $20.00 | $10.00 | 41.84 | $418.40 |
| 12/2/24 | 12/15/24 | $20.00 | $10.00 | 38.56 | $385.60 |
| 12/16/24 | 12/29/24 | $20.00 | $10.00 | 20.59 | $205.90 |

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

    d. I am owed **$6,731.13** in unpaid tips, calculated below:

| Period Start | Period End | Tips Earned |
|---|---|---|
| 11/18/24 | 12/1/24 | $2,429.07 |
| 12/2/24 | 12/15/24 | $2,264.10 |
| 12/16/24 | 12/29/24 | $2,037.96 |

    e. Totals:

        FLSA: $2,439.77 (mw) + $4,198.30 (ot) + $6,731.13 (tips) = $13,369.20

        Fla. Law: $6,740.40

        Grand Total: $6,740.40 + $4,198.30 + $6,731.13 = $17,659.83

4. I am also seeking liquidated damages in the amount of **$13,369.20**, which is the same amount of my unpaid minimum wages, overtime pay, and tips owed under the FLSA.

5. In total, I am owed **$31,029.03** in unpaid wages, tips, and liquidated damages, in addition to entitlement to recovery of my attorneys' fees, costs, and reasonable expenses.

### DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

Dated 14/11/2025

MAIRALYS FERNANDEZ REYES
(Nov 14, 2025 12:46:27 EST)

### INTERPRETORS ACKNOWLEDGEMENT

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

On November 14, 2025, Katelyn Schickman, personally known to me, affirmed that the foregoing was translated for Mairalys Fernandez Reyes, and that she fully understood the and affirmed the contents of the foregoing.

By: _____
Interpreter's Signature

_____
Notary Public Signature

Stamped:

**Signature:** _____
Mairalys Fernandez Reyes

**Email:** Mairalysfr@gmail.com

Notary Public State of Florida
Steffany Sanguino
My Commission HH 698200
Expires 11/8/2029