UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-DPG

MAIRALYS FERNANDEZ REYES,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.

_____/

## **FINAL JUDGMENT**

THIS CAUSE comes before the Court on Plaintiff's Motion for Entry of Final Judgment (the "Motion"). [ECF No. 27]. The Court granted the Motion for Entry of Default Final Judgment by separate order. [ECF No. 28]. Pursuant to Federal Rules of Civil Procedure 55 and 58, the Court enters this separate judgment for Plaintiff. Accordingly, for good cause shown, it is hereby **ORDERED and ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Final Judgment is hereby **GRANTED;**

2. Default Judgment is hereby entered in favor of Plaintiff, Mairalys Fernandez Reyes, and against Defendant, Henry Vera, in the amount of **$31,039.03**, calculated as follows:

    a. Unpaid straight time wages of $6,740.40;

    b. Unpaid overtime wages of $4,198.30;

    c. Unpaid tips of $6,731.13; and

    d. Liquidated damages of $13,369.20.

2

3.      Plaintiff is the prevailing party and is entitled to recover her reasonable attorneys' fees and costs in an amount to be determined by the Court under 29 U.S.C. §216(b) and Fla. Stat. §448.08.

4.      The Court retains jurisdiction over this cause to enter such further Orders as are necessary and appropriate for the conclusion of this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of November 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

`