

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Mairalys Fernandez Reyes

**INVOICE**

**Open (Not Sent)**

**Invoice #** 783

**Invoice Date:** 1/2/2026

Amount due
14,750.00

## Services

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 4/3/2025 | Steffany Sanguino | Paralegal | Met in person with the client, and she informed me she never received a w2, she provided me with Paystubs, DL, A payment she received via regular check (did not receive a pay stub) Record of hours worked. Whatsapp chat with Henry Vera WhatsApp chat with Paola Conta (She was Henry's girlfriend and was helping him with the accounting) Emails regarding her complaint to the Hourly and Salary department from Tallahassee. Names of other employees that are also owed. | 0.70 | 115.50 |
| 4/3/2025 | Steffany Sanguino | Paralegal | Received information regarding the client's witnesses. Witnesses, (all the witnesses are owed money too) (some of the are signed up with us already) Carlos Ramos, Carlos Manuel Vasquez, OLINDA Jiménez López, Evgeny Lykov: | 0.30 | 49.50 |
| 4/3/2025 | Brian H. Pollock Esq. | Legal | Conduct initial consultation with client; discuss her claims and what to expect; also, reviewed sign-up procedures | 1.00 | 550.00 |
| 4/4/2025 | Steffany Sanguino | Paralegal | I called the client to f.u with her signature on the contract. no.a. I left a v.m | 0.10 | 16.50 |
| 4/9/2025 | Steffany Sanguino | Paralegal | I called the PNC to f.u with her signature on the contract but she didnt answer, left vm. | 0.10 | 16.50 |
| 4/9/2025 | Steffany Sanguino | Paralegal | I called the client to f.u with her signature on the contract, but she didn't answer, left vm. | 0.10 | 16.50 |
| 4/10/2025 | Steffany Sanguino | Paralegal | Texted the client to f.u with her signature on the contract | 0.10 | 16.50 |
| 4/10/2025 | Steffany Sanguino | Paralegal | I called the PNC to fup with the signature request and she said she will sign it in a moment. | 0.10 | 16.50 |
| 4/10/2025 | Steffany Sanguino | Paralegal | We received the contract signed by the client. | 0.10 | 16.50 |
| 4/10/2025 | Steffany Sanguino | Paralegal | The preservation letter has been drafted in English and Spanish and emailed to the client. | 0.30 | 49.50 |
| 4/10/2025 | Steffany Sanguino | Paralegal | Although the client provided us with documents I emailed her a list of documents we seek. | 0.20 | 33.00 |
| 4/11/2025 | Brian H. Pollock Esq. | Draft/revise | Review file and draft Complaint | 1.00 | 550.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/11/2025 | Steffany Sanguino | Paralegal | I received an attachment from the client via text, but Im not able to open it. | 0.10 | 16.50 |
| 4/11/2025 | Steffany Sanguino | Paralegal | I texted the client, asking her to email me the attachment she sent via text as we were unable to open it. | 0.10 | 16.50 |
| 4/11/2025 | Steffany Sanguino | Paralegal | The client texted us a phone number; I replied to the client asking to specify whose number that is. | 0.20 | 33.00 |
| 4/11/2025 | Steffany Sanguino | Paralegal | The client provided us with Henry Vera's phone number +1 (305) 303-9090 | 0.10 | 16.50 |
| 4/11/2025 | Steffany Sanguino | Paralegal | I tried calling the client to see if she has Mr. Vera's address but no.a. I sent the client a text. | 0.20 | 33.00 |
| 4/11/2025 | Steffany Sanguino | Paralegal | The client has informed us she doesn't have Mr. Vera's address. | 0.10 | 16.50 |
| 4/11/2025 | Steffany Sanguino | Paralegal | Conducted legal research on defendant Henry Vera. | 0.30 | 49.50 |
| 4/11/2025 | Steffany Sanguino | Paralegal | I called the client to talk about Leon Zwick, and she confirmed that she was introduced to him as a part owner. He used to go often when she started in March 2024. the first 3 to 4 months, he would go a lot and get dinner with his wife, but in June and July, he stopped going, and Mr. Vera said that Leon wanted to distance himself from the restaurant and stopped paying his part to be a part owner. Also, at the end of the year, Mr. Vera said that Mr. Leon had filed a lawsuit against him (Mairalys is not sure why the lawsuit was filed, but she overheard Mr. Vera say he was going to offer Leon more ownership in the restaurant in exchange for him to drop the lawsuit.) | 0.30 | 49.50 |
| 4/11/2025 | Brian H. Pollock Esq. | Legal | Conduct online research re: Henry Vera's home address; then, locate same in the Bankruptcy docket | 0.50 | 275.00 |
| 4/14/2025 | Brian H. Pollock Esq. | Draft/revise | Draft letter to client re: Case filed and what to expect eng and spa | 0.40 | 220.00 |
| 4/14/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice of Judicial Assignment (Judge Gayles and Chief Magistrate Judge Goodman) | 0.10 | 55.00 |
| 4/14/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Notice of Related Action and generally describe nature related case | 0.30 | 165.00 |
| 4/14/2025 | Brian H. Pollock Esq. | Draft/revise | draft N/Appearance by Brooks | 0.20 | 110.00 |
| 4/15/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding filing Notice of Appearance as counsel for Plaintiff. | 0.10 | 32.50 |
| 4/15/2025 | Steffany Sanguino | Paralegal | Receipt of summons issued by clerk and send summons and the complaint to Steve with instructions for service. | 0.20 | 33.00 |
| 4/15/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Court Practice regarding motion requirements. | 0.10 | 32.50 |
| 4/15/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Court Practice in FLSA Cases. | 0.10 | 32.50 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/16/2025 | Steffany Sanguino | Paralegal | I emailed and texted the client to f.u with documents. | 0.30 | 49.50 |
| 4/16/2025 | Steffany Sanguino | Paralegal | The client confirmed she provided us with everything in her possession. | 0.10 | 16.50 |
| 4/16/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Paperless Order setting Status Conference | 0.10 | 55.00 |
| 4/17/2025 | Steffany Sanguino | Paralegal | Drafted and sent an email to our client requesting a list of potential witnesses for the case. The email included specific instructions on the types of witnesses needed. | 0.20 | 33.00 |
| 4/18/2025 | Steffany Sanguino | Paralegal | Update received from the process server regarding service on defendant Henry Vera: 4/17/2025 12:36 pm Attempted service at 15874 SW 14 Ct., Hollywood, FL 33027. No answer. I left a contact card on the door. | 0.10 | 16.50 |
| 4/22/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client to follow up on the information of the witnesses. | 0.20 | 33.00 |
| 4/23/2025 | Steffany Sanguino | Paralegal | I received an email from the client requesting that we contact her. | 0.10 | 16.50 |
| 4/23/2025 | Steffany Sanguino | Paralegal | I called the client as per her request but no.a. | 0.10 | 16.50 |
| 4/23/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client following up with her witnesses. | 0.20 | 33.00 |
| 4/24/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding scheduling appointment with client to review her Statement of Claim. | 0.10 | 32.50 |
| 4/24/2025 | Steffany Sanguino | Paralegal | After discussing with the client, we gathered information about the witnesses who may provide relevant information to the case. Including Carlos Ramos, Olinda Jimenez, Evgeny Lukov, Nazareth Romero, Sandra Munoz, Carlos Vasquez. | 0.30 | 49.50 |
| 4/24/2025 | Steffany Sanguino | Paralegal | I emailed the process server to f.u with service on Henry Vera. | 0.20 | 33.00 |
| 4/24/2025 | Steffany Sanguino | Paralegal | Called the client to schedule a telephone conference with the attorney, but no.a. | 0.10 | 16.50 |
| 4/24/2025 | Steffany Sanguino | Paralegal | Received an email from the process server regarding an update on Henry Vera's service, 4/19/2025 10:00 am Attempted Service: 15874 SW 14 Ct., Hollywood, FL 33027. No answer. I left a card. The same cars are on the driveway in different places | 0.10 | 16.50 |
| 4/28/2025 | Steffany Sanguino | Paralegal | I emailed the process server to follow up with service on Henry Vera. | 0.20 | 33.00 |
| 4/28/2025 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding calculation of damages and preparing draft Statement of Claim. | 0.50 | 162.50 |
| 4/29/2025 | Brooks LaRou Esq. | Draft/revise | Drafted Plaintiff's Statement of Claim; calculation of damages in connection with the same. | 1.00 | 325.00 |
| 4/30/2025 | Steffany Sanguino | Paralegal | We received an update from the process server regarding service on Henry Vera; 4/26/2025 9:00 am Attempted Service: 15874 SW 14 Court, Hollywood, FL 33027. My contact card is gone. There is no answer when I knock or on the Ring Doorbell. I left another contact card, Both | 0.10 | 16.50 |

| Date | Name | Role | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/30/2025 | Steffany Sanguino | Paralegal | vehicles are on the driveway. We received an update from the process server regarding service on Henry Vera; 4/23/2025 8:30 pm Attempted Service: 15874 SW 14 Court, Hollywood, FL 33027 Lights are on but there is no answer. I left a contact card | 0.10 | 16.50 |
| 4/30/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Minute Entry for 4/30/25 Status Conference. | 0.10 | 32.50 |
| 4/30/2025 | Brian H. Pollock Esq. | Attendance at | Prepare for and then attend telephonic status conference hearing for this case and for the Carlos Vasquez Lopez case | 0.40 | 220.00 |
| 4/30/2025 | Steffany Sanguino | Paralegal | Conferral with BL regarding the documents that will be produced with the SOC. | 0.10 | 16.50 |
| 5/5/2025 | Steffany Sanguino | Paralegal | I drafted a letter in Spanish enclosing the SOC. | 0.40 | 66.00 |
| 5/5/2025 | Steffany Sanguino | Paralegal | I emailed Steve, the process server, to confirm if we can pay for one stakeout for both of the cases against the same defendant. | 0.20 | 33.00 |
| 5/5/2025 | Steffany Sanguino | Paralegal | I texted the client requesting a photo of the defendant. | 0.10 | 16.50 |
| 5/5/2025 | Steffany Sanguino | Paralegal | The client confirmed she has a picture of the defendant. I requested that she provide it to us and inform me of his routine. | 0.10 | 16.50 |
| 5/6/2025 | Steffany Sanguino | Paralegal | I received a text from the client requesting that we contact her. I called the client, but she was unable to talk at the moment and asked me to call her back. | 0.10 | 16.50 |
| 5/6/2025 | Steffany Sanguino | Paralegal | Photos of the defendant has been received. | 0.10 | 16.50 |
| 5/6/2025 | Steffany Sanguino | Paralegal | The client informed me that Mr. Vera's routine typically is Monday through Friday from 7 am to 10 am when he is in the Miami Beach office, 1210 Washington Unit 200, Miami Beach, FL. Soon after, he checks out his hardware store on Alton Rd called VeraCastell Hardware - 1427 Alton Rd BA, Miami Beach, FL 33139. He usually shows up at the restaurant after 6 pm. The client says she would hear that he doesn't sleep at home on weekdays to be able to attend to his business. She believes he sleeps in the office and goes home for the weekend. | 0.20 | 33.00 |
| 5/6/2025 | Steffany Sanguino | Paralegal | I emailed the process server requesting to serve the defendant at his Miami Beach office at 1210 Washington Ave, Suite # 200, Miami Beach, FL 33139. | 0.20 | 33.00 |
| 5/9/2025 | Steffany Sanguino | Paralegal | I emailed Steve to f.u with service on Henry Vera. | 0.20 | 33.00 |
| 5/15/2025 | Steffany Sanguino | Paralegal | I emailed Steve to f.u with service on Henry Vera. | 0.20 | 33.00 |
| 5/15/2025 | Steffany Sanguino | Paralegal | Received update form the process server, Latest Status: 5/15/2025 9:30 am Attempted Service: 1210 Washington Ave., Suite # 200, Miami Beach, FL 33139. The office is under construction. I left a contact card and not requesting a call back. After I left, it seems a worked gave my note to Mr. Vera and he called from 305-303-9090. I identified myself, I stated that I have to serve him with the process, and asked to arrange a time and place to meet. He said | 0.10 | 16.50 |

| Date | Attorney | Task Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | he would call me back within one hour with an address to meet him. I waited in the area for one hour, but he never called me. I called him but he did not answer the phone. Wait time 1 hour. | | |
| 5/16/2025 | Brooks LaRou Esq. | Draft/revise | Draft Notice of Dissociation as counsel | 0.10 | 32.50 |
| 5/20/2025 | Brian H. Pollock Esq. | Draft/revise | draft letter to client re: PBL's departure from the firm as an associate attorney. eng and spa | 0.20 | 110.00 |
| 6/3/2025 | Katie Schickman Esq. | Unassigned | Review the case file in connection with statement of claim and determine which documents are to be served | 0.50 | 137.50 |
| 6/3/2025 | Steffany Sanguino | Paralegal | Called the client to confirm the defendant's home address for service. | 0.10 | 16.50 |
| 6/10/2025 | Katie Schickman Esq. | Draft/revise | Draft NOA by Katie | 0.30 | 82.50 |
| 7/14/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Motion for Extension of Time to effect Service on Dft | 0.30 | 165.00 |
| 7/15/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Summons Individual (Secretary of State) | 0.20 | 110.00 |
| 7/16/2025 | Brian H. Pollock Esq. | Draft/revise | Draft NOF Proposed Summons | 0.20 | 110.00 |
| 7/16/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Review and finalize the NOF proposed summons | 0.10 | 27.50 |
| 7/17/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Substitute Service Letter | 0.30 | 165.00 |
| 7/17/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Review and finalize substitute service letter | 0.20 | 55.00 |
| 7/18/2025 | Katie Schickman Esq. | Phone Call | Speak to client and conduct a follow-up evaluation | 0.20 | 55.00 |
| 7/18/2025 | Katie Schickman Esq. | Draft/revise | Draft wage case evaluation memo | 0.20 | 55.00 |
| 7/23/2025 | Katie Schickman Esq. | Legal | Conduct research and verify Mr. Vera's address | 0.20 | 55.00 |
| 7/23/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | receive copy of summons to vera (from court) | 0.10 | 27.50 |
| 7/24/2025 | Katie Schickman Esq. | Document/File Management | Review file to determine what has been done, what needs to be done, and to map out a strategy for the future progress of the case | 0.30 | 82.50 |
| 7/28/2025 | Katie | Receipt, | Review the file and determine which documents from cl | 0.30 | 82.50 |

| | | | | | |
|---|---|---|---|---|---|
| | Schickman Esq. | Review, and Analysis | support the SOC. | | |
| 7/31/2025 | Katie Schickman Esq. | Draft/revise | Draft motion to deem service | 1.20 | 330.00 |
| 9/23/2025 | Katie Schickman Esq. | Draft/revise | Revise motion to deem service to include legal research findings | 0.40 | 110.00 |
| 9/24/2025 | Katie Schickman Esq. | Draft/revise | revise motion to deem service - save as v3 | 0.40 | 110.00 |
| 9/30/2025 | Katie Schickman Esq. | Draft/revise | revise mot to deem service (v4) | 0.20 | 55.00 |
| 9/30/2025 | Katie Schickman Esq. | Draft/revise | draft declaration (re service of process) | 0.60 | 165.00 |
| 10/7/2025 | Katie Schickman Esq. | Draft/revise | draft letter to DMDC requesting a manual search to verify military status | 1.20 | 330.00 |
| 10/7/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | receive and review henry vera military status | 0.20 | 55.00 |
| 10/7/2025 | Katie Schickman Esq. | Draft/revise | draft non-millitary affidavit | 0.40 | 110.00 |
| 10/8/2025 | Katie Schickman Esq. | Draft/revise | revise motion to deem servic - save as v5 | 0.30 | 82.50 |
| 10/8/2025 | Katie Schickman Esq. | Draft/revise | revise non-millitary affidavit | 0.20 | 55.00 |
| 10/8/2025 | Katie Schickman Esq. | Draft/revise | draft Declaration of Compliance for substituted service | 0.80 | 220.00 |
| 10/8/2025 | Katie Schickman Esq. | Draft/revise | revise non-military affidavit - save as v2 | 0.10 | 27.50 |
| 10/9/2025 | Katie Schickman Esq. | Draft/revise | revise plaintiff's motion to declare defendant served in accordance with BP redlines - save as v6 | 0.80 | 220.00 |
| 10/10/2025 | Katie Schickman Esq. | Draft/revise | Work on Plaintiff's Motion to Deem Service. Add information about Mr. Vera's bankruptcy claims and the phone calls and contact attempts to make service of process. | 1.30 | 357.50 |
| 10/10/2025 | Katie Schickman Esq. | Draft/revise | Revise Declaration of Compliance to add additional detail on service attempts. | 0.20 | 55.00 |
| 10/10/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Summons (affidavit) Returned Unexecuted by Mairalys Fernandez Reyes to Henry Vera | 0.10 | 27.50 |
| 10/13/2025 | Katie | Draft/revise | Revise non-military affidavit | 0.10 | 27.50 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Schickman Esq. | | | | |
| 10/13/2025 | Katie Schickman Esq. | Draft/revise | Revise motion to deem service to reflect the recent filing of the notice of service | 0.20 | 55.00 |
| 10/13/2025 | Katie Schickman Esq. | Draft/revise | Revise Declaration of Compliance to reflect the recent filing of the notice of service | 0.10 | 27.50 |
| 10/13/2025 | Steffany Sanguino | Paralegal | Notarized the Non-Military Affidavit for attorney KS. | 0.20 | 33.00 |
| 10/13/2025 | Katie Schickman Esq. | Draft/revise | Revise the mot. to deem service and affidavit of compliance | 0.50 | 137.50 |
| 10/13/2025 | Brian H. Pollock Esq. | Draft/revise | Draft letter to defendant enclosing Mot to Deem Service | 0.20 | 110.00 |
| 10/13/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Notice of Attorney Appearance by Katelyn Schickman on behalf of Mairalys Fernandez Reyes | 0.10 | 27.50 |
| 10/14/2025 | Katie Schickman Esq. | Draft/revise | Finalize the motion to deem service, the affidavit of compliance, the proof of correspondence and returned mail, and the non military affidavit in preparation for filing | 0.20 | 55.00 |
| 10/14/2025 | Katie Schickman Esq. | Legal | File the motion to deem service, the affidavit of compliance, the proof of correspondence and returned mail, and the non military affidavit in preparation for filing | 0.30 | 82.50 |
| 10/17/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review order granting motion to deem service | 0.10 | 27.50 |
| 10/17/2025 | Katie Schickman Esq. | Draft/revise | Draft motion for clerks default and conduct research for longer memorandum of law regarding service of process | 1.60 | 440.00 |
| 10/20/2025 | Katie Schickman Esq. | Draft/revise | Revise Plaintiff's motion for entry of clerk's default against defendant in accordance with BP redlines (v2) | 0.60 | 165.00 |
| 10/21/2025 | Katie Schickman Esq. | Draft/revise | Finalize motion for entry of clerk's default | 0.40 | 110.00 |
| 10/21/2025 | Katie Schickman Esq. | Draft/revise | Draft clerk's default form | 0.20 | 55.00 |
| 10/21/2025 | Katie Schickman Esq. | Legal | File Motion for entry of clerk's default accompanied by proposed clerks default | 0.20 | 55.00 |
| 10/22/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive Clerks Default against Henry Vera | 0.20 | 55.00 |
| 10/22/2025 | Katie Schickman Esq. | Draft/revise | Review and finalize Letter to D enclosing Motion for Clerk's Default and Letter to D enclosing Clerk's Default | 0.20 | 55.00 |
| 11/6/2025 | Katie Schickman Esq. | Draft/revise | Draft motion for default final judgement against henry vera (v1) | 2.50 | 687.50 |

| Date | Name | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/6/2025 | Katie Schickman Esq. | Draft/revise | Draft Mairalys Fernandez Reyes Declaration of Indebtedness (v1) | 0.60 | 165.00 |
| 11/7/2025 | Katie Schickman Esq. | Draft/revise | Revise Motion for Default Final Judgement to include allegations from Plaintiff's complaint | 0.20 | 55.00 |
| 11/7/2025 | Katie Schickman Esq. | Draft/revise | Revise Declaration of indebtedness to specify straight time wage amounts and include interpreter's acknowledgement | 0.20 | 55.00 |
| 11/7/2025 | Katie Schickman Esq. | Draft/revise | Draft proposed final judgment | 0.40 | 110.00 |
| 11/10/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review order and notice of practice on default procedure | 0.10 | 27.50 |
| 11/10/2025 | Katie Schickman Esq. | Draft/revise | Further revise motion for entry of default judgment to discuss in depth Florida Common Law claims (v3) | 0.60 | 165.00 |
| 11/10/2025 | Katie Schickman Esq. | Draft/revise | Revise motion for final judgement and conduct legal research re: fl breach of contract & unjust enrichment. Add research into motion | 1.10 | 302.50 |
| 11/10/2025 | Katie Schickman Esq. | Draft/revise | Revise the declaration of indebtedness to separate FLSA and Florida claims | 0.40 | 110.00 |
| 11/10/2025 | Katie Schickman Esq. | Draft/revise | Revise proposed final judgment to reflect revisions to the declaration of indebtedness | 0.20 | 55.00 |
| 11/12/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Review file & draft status update letter to co-counsel | 0.30 | 82.50 |
| 11/13/2025 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Plaintiff's Motion for Default Final Judgment. | 1.30 | 487.50 |
| 11/13/2025 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Plaintiff's Declaration of Indebtedness. | 0.30 | 112.50 |
| 11/13/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Final review and approval of Proposed Final Judgment for Plaintiff. | 0.20 | 75.00 |
| 11/14/2025 | Katie Schickman Esq. | Phone Call | Spoke to Ms. Reyes, review the declaration with her, and prepare the declaration for her signature | 0.20 | 55.00 |
| 11/14/2025 | Katie Schickman Esq. | Email with Client | Send client declaration of indebtedness for execution | 0.20 | 55.00 |
| 11/14/2025 | Katie Schickman Esq. | Draft/revise | Review and finalize motion for default, proposed default, and declaration of indebtedness. | 0.30 | 82.50 |
| 11/14/2025 | Steffany Sanguino | Paralegal | Notarized the client's declaration of indebtedness. | 0.50 | 82.50 |
| 11/17/2025 | Katie Schickman | Email Communication | Send Word Version of the motion for final judgment and the proposed order granting it to Judge's Chambers | 0.20 | 55.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Esq. | | | | |
| 11/18/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Administrative Order closing case | 0.10 | 27.50 |
| 11/18/2025 | Katie Schickman Esq. | Draft/revise | Draft letter to defendant enclosing Final Judgment | 0.20 | 55.00 |
| 11/20/2025 | Katie Schickman Esq. | Legal | Review file & finalize status update letter to co-counsel | 0.10 | 27.50 |
| 11/20/2025 | Steffany Sanguino | Paralegal | Contacted the client to complete her damage assessment. | 0.30 | 49.50 |
| 11/20/2025 | Steffany Sanguino | Paralegal | Review file to determine future needs and to organize it for future use | 0.30 | 49.50 |
| 11/20/2025 | Katie Schickman Esq. | Legal | Review and audit the file to determine future needs and organize it for future use | 0.30 | 82.50 |
| 12/1/2025 | Katie Schickman Esq. | Draft/revise | Draft Motion for Attorneys Fees as required by federal and local rules after a default judgment is entered awarding attorneys fees | 1.70 | 467.50 |
| 12/2/2025 | Brian H. Pollock Esq. | Draft/revise | Letter Status Update Following Referral | 0.20 | 110.00 |
| 12/2/2025 | Katie Schickman Esq. | Draft/revise | Continue drafting motion for attorneys fees. Go into depth about BP's rates | 2.50 | 687.50 |
| 12/3/2025 | Katie Schickman Esq. | Draft/revise | Continue drafting Motion for Attorneys Fees. Go into detail on billing for BLR and SS | 1.90 | 522.50 |
| 12/4/2025 | Katie Schickman Esq. | Draft/revise | Continue drafting motion for attorneys' fees. conduct legal research to determine applicable atty. fee rate for a new attorney and include in the motion. Finalize attorneys fees and costs calculations. | 0.60 | 165.00 |
| 12/30/2025 | Katie Schickman Esq. | Draft/revise | Review and finalize the attorney/paralegal breakdown section of Plaintiff's Motion for Attorneys' fees. Confer w/ Mr. Pollock Re: finalization | 0.30 | 82.50 |
| 12/30/2025 | Brian H. Pollock Esq. | Draft/revise | Further revise the M/Fees and Costs as prevailing party | 0.40 | 220.00 |

**Services Subtotal:14,750.00**

**Total:14,750.00**

**Notes:**

Please make all amounts payable to FairLaw Firm. Tax ID No.: 20-1722656.

Payment is due upon receipt.

Although you can pay by credit card or e-check, payment by credit card will result in a 2.5-3% processing fee, which you

will be responsible for as an additional cost. Payment by e-check does not result in any additional processing, cost, or other fee to you, which is why we prefer it as the payment method.

**Terms and Conditions:**
Just like you expect to receive your legal services in a prompt manner, FairLaw Firm is entitled to be paid promptly for the legal services provided. For clients who are responsible for satisfying our invoices, we will first attempt to pay this invoice by applying the balance of any non-refundable retainer held in the firm's operating account. After that non-refundable retainer is exhausted, FairLaw Firm will then pay any remaining balance on this invoice with the funds held in FairLaw Firm's IOTA Trust Account. Any remaining invoice balance that cannot be satisfied by funds deposited with the firm must to be paid within 7 days from the date of this. **The failure to timely pay each invoice will result in the remaining balance on this invoice accruing interest at a rate of 18% per annum plus payment of our attorneys' fees and costs incurred in collection of this invoice.**