UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

    **THIS CAUSE** comes before the Court on Plaintiff's Motion for Attorneys' Fees and Costs. The Court, having reviewed the Motion and the record, and noting that Final Judgment was previously entered in favor of Plaintiff, finds as follows:

    1.    Plaintiff is the prevailing party and is entitled to recover reasonable attorneys' fees and costs under 29 U.S.C. § 216(b) and Fla. Stat. § 448.08.

    2.    The Court finds the hourly rates requested for Plaintiff's counsel and staff ($550 for Brian Pollock, $338.64 for P. Brooks LaRou, $275 for Katelyn Schickman, and $165 for Steffany Sanguino) to be reasonable and consistent with prevailing market rates in this District.

    3.    The Court finds that the 50.4 hours expended in the prosecution of this case were reasonable and necessary.

    4.    Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED**. Plaintiff, Mairalys Fernandez Reyes, shall recover from Defendant, Henry Vera, the sum of **$14,750.00** in attorneys' fees and **$556.96** in costs, for a total award of **$15,306.96**, for which sum let execution issue.

DONE AND ORDERED in Chambers on this _____ day of _____ 2026.

                                                                                                                          _____
                                                                                                                          DARRIN P. GAYLES
                                                                                                            UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*