UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CV-21678-DPG

**MAIRALYS FERNANDEZ REYES**,

    Plaintiff,

v.

**HENRY VERA**,

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL FACT INFORMATION SHEET

THIS CAUSE comes before the Court on Plaintiff's Motion to Compel Fact Information Sheet (the "Motion") [ECF No. 32]. The Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion is GRANTED.

2. Defendant, Henry Vera, shall complete and return to Plaintiff's counsel with all required exhibits the Form 1.977 Fact Information Sheet (appended to Plaintiff's Motion as Exhibit "A") within 30 days of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 3rd day of February, 2026.

                                                                                 DARRIN P. GAYLES
                                                                                 UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*