UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21678-GAYLES/GOODMAN

MAIRALYS FERNANDEZ REYES,

Plaintiff,

vs.

HENRY VERA,

Defendant.
______________________________/

**PLAINTIFF'S MOTION FOR WRIT OF EXECUTION**

Plaintiff, Mairalys Fernandez Reyes, through her undersigned counsel and pursuant to Fed. R. Civ. P. 64, requests that the Court instruct the Clerk of Courts to issue a Writ of Execution in the form appended hereto based upon the following good cause:

1. On January 26, 2026, this Court entered its Order awarding Plaintiff $15,306.96 in attorney fees and costs. [ECF No. 31]. This Order constitutes a money judgment pursuant to *National Labor Relations Board v. Tropical Wellness Center, LLC*, 2019 U.S. Dist. LEXIS 39581, at *4 (S.D. Fla. Mar. 11, 2019).

2. The entire sum of $15,306.96 remains due, payable, and outstanding.

3. Plaintiff seeks to enforce the money judgment against Defendant, Henry Vera, pursuant to Fed. R. Civ. P. 69(a) through the issuance of a Writ of Execution.

4. Local Rule 7.1 specifically exempts post-judgment collection/execution motions from the conferral requirement, and so none has been made herein.

WHEREFORE Plaintiff, Mairalys Fernandez Reyes, requests that the Court direct the Clerk of Courts to issue a Writ of Execution in the form appended hereto.

Dated this 20th day of August 2026.

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq.(174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*